OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE OF BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

11/2/2015
STERCZALA, RANDY ALAN                    Tr. Ct. No. 2012CR86-29-W1          WR-84,112-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RTS
Discharged

RANDY ALAN STERCZALA
COTULLA UNIT - TDC # 1898150
HC 62 BOX 100
COTULLA, TX 78014

610 FM 624 78014

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401623NOV 03 2015

$ 000.27⁵

PITNEY BOWES

N3B 78014